```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WEIHAI LIANQIAO INTERNATIONAL COOP      :
GROUP CO. LTD.,                         :
                         Plaintiff,     :
                                        :
    - against -                         :
                                        :       ORDER
                                        :
A BASE IX CO. LLC,                      :
                                        :       21 Civ. 10753 (VM)
                         Defendant.     :
---------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than March 22, 2022 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated:     March 1, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.