```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
WEIHAI LIANQIAO INTERNATIONAL COOP    :
GROUP CO. LTD.,                       :
                       Plaintiff,     :
                                      :
     - against -                      :
                                      :        ORDER
                                      :
A BASE IX CO. LLC,                    :
                                      :     21 Civ. 10753 (VM)
                       Defendant.     :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On May 19, 2022, plaintiff Weihai Lianqiao International Coop Group Co. Ltd. ("Plaintiff") filed a letter requesting a pre-motion conference in anticipation of moving to amend the complaint to add two principals of defendant A Base IX Co. LLC ("Defendant"). (See Dkt. No. 16.) On May 23, 2022, Defendant filed a letter opposing Plaintiff's request for a conference and request to amend. (See Dkt. No. 17.)

Having reviewed the parties' submissions, the Court does not find a conference necessary. The Court hereby GRANTS Plaintiff's request to amend the complaint pursuant to Federal Rule of Civil Procedure 15 to add defendants David Apperman and Albert Gammal. (See Dkt. No. 16.)

**SO ORDERED.**

Dated: May 24, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.