```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WEIHAI LIANQIAO INTERNATIONAL          :
COOP GROUP CO., LTD.,                  :
                                       :
                     Plaintiff,        :    21 Civ. 10753 (VM)
                                       :
     - against -                       :         ORDER
                                       :
A BASE IX CO. LLC, DAVID A.            :
APPERMAN, AND ALBERT GAMMAL            :
                                       :
                     Defendants.       :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On July 11, 2022, and consistent with the Court's Individual Practices, counsel for A Base IX Co. LLC, David A. Apperman, and Albert Gammal ("Defendants") sent counsel for Weihai Lianqiao International Coop Group Co., Ltd. ("Plaintiff") a pre-motion letter identifying alleged deficiencies in the Complaint that Plaintiff filed in this action, and that allegedly would provide a basis supporting a motion to dismiss. (See Dkt. No. 26.) On July 18, 2022, also consistent with the Court's Individual Practices, counsel for Plaintiff sent a three-page letter in response, opposing the grounds that Defendants stated in favor of the proposed motion. (See Dkt. No. 27.) On July 20, 2022, the Court received a letter from Defendants requesting a pre-motion conference and asserting that the letter exchange did not resolve the dispute and thus failed to avoid motion practice at this stage of the proceedings. (See Dkt. No. **28**.)

Upon review of all pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary to resolve the parties'

dispute. Within one week of the date of this order, the parties are directed to advise the Court whether they consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters, or whether the parties request supplemental or full briefing on Defendants' proposed motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated: August 11, 2022
      New York, New York

                                      Victor Marrero
                                        U.S.D.J.