**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022
```

WEIHAI LIANQIAO INTERNATIONAL COOP
GROUP CO., LTD,

                Plaintiff,

    - against -

A BASE IX COMPANY LLC, DAVID A.
APPERMAN and ALBERG GAMMAL,

                Defendant.

21 Cv. 10753 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby adjourns sine die the Case Management Conference scheduled for November 4, 2022 at 10:30 AM.

**SO ORDERED.**

Dated:    4 November, 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.