USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD,

        Plaintiff,

- against -

A BASE IX COMPANY LLC, DAVID A. APPERMAN and ALBERG GAMMAL,

        Defendants.

---

21 Cv. 10753 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a Status Conference in this matter for January 6, 2023 at 12:30 PM.

**SO ORDERED.**

Dated:    4 November, 2022
            New York, New York

*Victor Marrero*
U.S.D.J.