USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD,

        Plaintiff,

- against -

A BASE IX COMPANY LLC, DAVID A. APPERMAN and ALBERG GAMMAL,

        Defendant.

---

21 Cv. 10753 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns sine die the Case Management Conference scheduled for January 6, 2023 at 12:30 PM.

**SO ORDERED.**

Dated:    4 January, 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.