

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIHAI LIANQIAO INTERNATIONAL
COOP GROUP CO., LTD.,

    Plaintiff,

-against-

A BASE IX COMPANY LLC, et al.,

    Defendants.

21-CV-10753 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference, plaintiff's motion to compel (Dkt. 51) and plaintiff's motion to extend the discovery schedule (Dkt. 56) are GRANTED to the extent that:

1. <u>Apperman Bank Statements</u>. No later than **February 8, 2023**, defendants shall produce Mr. Apperman's bank statements (both accounts) through the end of 2022.

2. <u>Apperman Deposition</u>. Plaintiff may reopen Mr. Apperman's deposition, for a maximum of two hours, limited to issues arising from the newly produced bank statements. The reopened deposition must take place no later than **February 22, 2023**.

3. <u>Expert Discovery Extension</u>. Plaintiff's deadline to produce its expert report(s) is EXTENDED to **March 24, 2023**. Defendants' deadline to produce its expert report(s) is EXTENDED to **April 21, 2023**. The parties shall meet in real time (*e.g.*, in person, by telephone, or by videoconference; and email exchange is not sufficient) for at least one hour, to discuss settlement of this case, no later than **April 28, 2023**.

4. <u>Status Conference</u>. A telephonic status conference will be held before Judge Moses on **April 4, 2023, at 9:00 a.m.** On that date, a few minutes before the scheduled time, the parties must call (888) 557-8511 and enter the access code 7746387. The parties shall file a joint status update letter, updating the Court as to the status of discovery to date and any

scheduling or discovery requests or disputes, no later than **March 30, 2023**. If the parties have agreed to an expert deposition period, they shall so report in the joint letter and propose an appropriate schedule.

Dated: New York, New York
January 25, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**