```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIHAI LIANQIAO INTERNATIONAL
COOP GROUP CO., LTD.,

        Plaintiff,

-against-

A BASE IX COMPANY LLC, et al.,

        Defendants.

21-CV-10753 (VM) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's telephonic status conference, the parties shall file a joint status update letter no later than **April 20, 2023**. In that letter, the parties shall advise the Court as to (i) whether plaintiff plans to serve an expert report and (ii) whether either party requires judicial intervention regarding any remaining fact discovery issues.

Dated: New York, New York
      April 4, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**