UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,

Plaintiff,

-against-

A BASE IX COMPANY LLC, et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

21-CV-10753 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Because the parties have confirmed that plaintiff will not retain an expert (Dkt. 66), the fact discovery period has now closed. No later than **May 17, 2023**, the parties shall file a joint status update letter advising the Court whether there are any remaining discovery disputes that require judicial intervention, and whether the parties wish to schedule a settlement conference.

Dated: New York, New York
       May 10, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**