USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,<br><br>                   Plaintiff,<br><br>    - against -<br><br>A BASE IX CO. LLC, DAVID A. APPERMAN, ALBERT GAMMAL,<br><br>                  Defendants. | 21 Civ. 10753 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https:// nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: May 30, 2023
      New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.