USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> Plaintiff, <br><br> - against - <br><br> A BASE IX CO. LLC, DAVID A. APPERMAN, ALBERT GAMMAL, <br><br> Defendants. | 21 Civ. 10753 (VM) <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a status report within seven (7) days explaining why they have not complied with the Court's May 30, 2023 Order (see Dkt. No. 74) requiring the submission of a case management plan.

**SO ORDERED.**

Dated: 30 June 2023
       New York, New York

_____
Victor Marrero
U.S.D.J.