UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
WEIHAI LIANQIAO INTERNATIONAL COOP
GROUP CO., LTD.,                              21-cv-10753 (VM)

                    Plaintiff,                ORDER

        - against -

A BASE IX CO. LLC, ET AL.,

                    Defendants.
```

**VICTOR MARRERO, United States District Judge.**

The Court hereby directs the parties to file a report regarding the status of the case within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    6 October 2023
          New York, New York

Victor Marrero
U.S.D.J.