UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIHAI LIANQIAO INTERNATIONAL
COOP GROUP CO., LTD,

         Plaintiff,

-against-

A BASE IX CO. LLC, et al.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023

21-CV-10753 (DEH) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendants' letter-motion dated November 29, 2023 (Dkt. 81), seeking an order compelling plaintiff to produce "Documents, records or communications concerning claims submitted by the Plaintiff to any insurance company (inclusive of Sinosure and People's) that arise out of or relate to A Base IX Co. LLC." It is hereby **ORDERED** that:

1. No later than **December 1, 2023**, plaintiff shall respond to defendants' letter-motion in accordance with Moses Ind. Prac. § 1(d);

2. No later than **December 5, 2023**, plaintiff shall file any reply letter in accordance with Moses Ind. Prac. § 1(d).

3. If the parties are unable to resolve their discovery dispute, Judge Moses will hold a discovery conference on **December 13, 2023**, at **11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. It is the Court's practice to decide discovery disputes at the Local Civ. R. 37.2 conference, based on the parties' letters, without resort to formal motion practice.

4. The parties are further reminded that if a discovery motion is granted, or the requested discovery is provided after the motion was filed, the Court "must," subject to certain exceptions, require the party whose conduct necessitated the

motion, and/or its attorney, to pay the movant's reasonable expenses incurred in making the motion, including attorneys' fees. Fed. R. Civ. P. 37(a)(5)(A).

Dated: New York, New York
November 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**