UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> A BASE IX CO. LLC, et al., <br><br> Defendant(s). | 21-CV-10753 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On January 17, 2024, Individual Defendants filed a letter-motion for leave to file a motion for summary judgment. *See* ECF No. 92. By **January 29, 2024**, Plaintiffs shall file a letter responding to Defendant's letter. The letter shall not exceed three (3) pages.

SO ORDERED.

Dated: January 19, 2024
New York, New York

                                               DALE E. HO
                                        United States District Judge