UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> A BASE IX CO. LLC, et al., <br><br> Defendants. | 21-CV-10753 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On February 14, 2024, the Court placed this action on the Court's July 2024 trial-ready calendar. The bench trial will begin on **July 22, 2024**. ECF No. 98.

A final pretrial conference will be held on **July 9, 2024, at 11:00 a.m. EST**, in Courtroom 905 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

Unless otherwise ordered by the Court, the parties shall submit to the Court for its approval a Joint Pretrial Order—prepared in accordance with Rule 5(a) of the Court's Individual Trial Rules and Practices and Rule 26(a)(3)—by **June 21, 2024**. All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: February 15, 2024
New York, New York

DALE E. HO
United States District Judge