UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> A BASE IX CO. LLC, et al., <br><br> Defendants. | 21-CV-10753 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On June 10, 2024, the parties jointly asked for a one-week extension to file their pretrial filings. *See* ECF No. 100. The parties are directed to submit the following materials no later than **June 28, 2024**: (1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases; (2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved in limine and exhibits lists; (3) proposed findings of fact and conclusions of law; and (4) direct testimony affidavits.

The parties are reminded that a final pretrial conference will be held on **July 9, 2024, at 11:00 a.m. EST**. *See* ECF No. 99. The Court placed this action on the Court's July 2024 trial-ready calendar. The bench trial will begin on **July 22, 2024**, ECF No. 98, or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after July 22, 2024. Both the final pretrial conference and jury trial will be held in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

The Clerk of Court is respectfully directed to close ECF No. 100.

SO ORDERED.

Dated: June 11, 2024
      New York, New York

                                                       DALE E. HO
                                      United States District Judge