UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,<br><br>       Plaintiff,<br><br>   v.<br><br>A BASE IX CO. LLC, et al.,<br><br>       Defendants. | 21-CV-10753 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

  A conference was held in this matter on June 21, 2024 at Plaintiff's request, ECF No. 103.  For the reasons discussed at the conference, it is hereby **ORDERED** that by **June 25, 2024**, Defendant Gammal shall provide Plaintiff with documents including: (1) closing documents related to the sale of the Vacation Home (103 Grant Avenue, Deal, New Jersey), and (2) documents sufficient to indicate the use of the sale proceeds, such as bank statements beginning in April 2024.  The parties have stipulated that, through **June 27, 2024**, Defendant Gammal and Alice Gammal shall not dissipate any of the remaining liquid proceeds of the sale (approximately $55,000.00), other than for "customary, usual and ordinary household expenses." ECF No. 107.  It is further **ORDERED** that Plaintiff file a status letter by **June 27, 2024**, indicating proposed next steps, if any, related to this dispute.

  SO ORDERED.

Dated: June 21, 2024
   New York, New York

                       _____
                           DALE E. HO
                      United States District Judge