UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,<br><br>       Plaintiff,<br><br>    v.<br><br>A BASE IX CO. LLC, et al.,<br><br>       Defendants. | 21-CV-10753 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Due to a conflict on the Court's calendar, the final pretrial conference and trial in this action will be rescheduled and placed on the Court's August 2024 trial-ready calendar. The trial will begin on **August 19, 2024, at 9:30 a.m. ET** or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after August 5, 2024. The Court will hold a final pretrial conference in this case on **July 26, 2024, at 11:30 a.m. ET**. Both the final pretrial conference and jury trial will be held in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007.

  On June 26, 2024, the parties asked for an extension to file their pretrial materials. *See* ECF No. 114. By **July 5, 2024**, parties shall submit the following:

(1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases

(2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved in limine, exhibits lists, and proposed voir dire questions;

    a. If a motion in limine is filed, the other party shall file any opposition to the motion, not to exceed fifteen pages, by **July 12, 2024**, at which point the motion will be deemed fully briefed.

(3) a proposed brief, mutually acceptable description of the case, to be read to the venire;

(4) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

The Clerk of Court is respectfully directed to close ECF No. 114.

SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                            DALE E. HO
                                  United States District Judge