UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>A BASE IX CO. LLC, et al.,<br><br>        Defendants. | 21-CV-10753 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On June 28, 2024, Plaintiff filed a letter seeking clarification regarding the trial. *See* ECF No. 118. The final pretrial conference is on the Court's August 2024 trial-ready calendar. The *bench* trial will begin on **August 19, 2024, at 9:30 a.m. ET** or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after August 19, 2024. The Court will hold a final pretrial conference in this case on **July 26, 2024, at 11:30 a.m. ET**. Both the final pretrial conference and bench trial will be held in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007.

  On June 26, 2024, the parties asked for an extension to file their pretrial materials. *See* ECF No. 114. By **July 5, 2024**, parties shall submit the following:

  (1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases

  (2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved in limine, exhibits lists, and proposed voir dire questions;

      a. If a motion in limine is filed, the other party shall file any opposition to the motion, not to exceed fifteen pages, by **July 12, 2024**, at which point the motion will be deemed fully briefed.

All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: June 28, 2024
      New York, New York

                                              DALE E. HO
                                    United States District Judge