UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIHAI LIANQIAO INTERNATIONAL
COOP GROUP CO., LTD.,

                            Plaintiff,

            v.

A BASE IX CO. LLC, et al.,

                            Defendants.

21-CV-10753 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court will hold a conference regarding the Defendants' motion *in limine*, ECF No.

127, on **July 19, 2024, at 11:30 a.m. ET.**  The parties shall join the conference by dialing (646)

453 - 4442 and entering the conference ID: 870 786 46, followed by the pound sign (#).

        SO ORDERED.

Dated:  July 16, 2024
        New York, New York

_____
        DALE E. HO
United States District Judge