UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> A BASE IX CO. LLC, et al., <br><br> Defendants. | 21-CV-10753 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

Given the limited availability of a Plaintiff's witness, ECF No. 151, and Defendants' counsel, ECF No. 153, the trial in this action will be rescheduled and placed on the Court's November 2024 trial-ready calendar. The jury trial will begin on **November 18, 2024, at 10:00 a.m. ET** or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after November 18, 2024.

By **August 14, 2024**, Plaintiff shall file a letter on ECF stating its position on Defendants' request for referral to Magistrate Judge Moses for a settlement conference. *See* ECF No. 153. The parties are advised that, given the Court's calendar, a settlement conference on August 19th or 20th is unlikely.

All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: August 12, 2024
      New York, New York

                                                DALE E. HO
                                     United States District Judge