UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD.,<br><br>                 Plaintiff,<br><br>v.<br><br>A BASE IX CO. LLC, et al.,<br><br>                 Defendants. | 21-CV-10753 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court will hold a final pretrial conference on November 12, 2024, at 2:00 p.m. The conference will be held in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

By November 8, 2024, the parties shall file an Amended Joint Pretrial Order, attaching a redline identifying any changes from the previously filed Joint Pretrial Order.

SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                              DALE E. HO
                                              United States District Judge