UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Weihai Lianqiao International Coop Group Co., Ltd., <br><br>       Plaintiff(s), <br><br>    v. <br><br>A Base IX Co. LLC, <br><br>       Defendant(s). | 21-CV-10753 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

  The parties are instructed to file updated proposed findings of fact and conclusions of law, attaching redlines identifying any changes from the previously filed documents at ECF Nos. 125 & 126, by **November 12, 2024**. The parties shall also e-mail their proposed findings of fact and conclusions of law as Word documents to HoNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

Dated: November 5, 2024
   New York, New York

                     DALE E. HO
                   United States District Judge