UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Weihai Lianqiao International Coop Group Co., Ltd.,<br><br>       Plaintiff,<br><br>    v.<br><br>A Base IX Co. LLC, et al.,<br><br>       Defendants. | 21-CV-10753 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On July 5, 2024, Defendants filed a Motion in Limine seeking to (1) preclude Plaintiff from calling Alice Gammal and Suzanne Apperman as witnesses at trial and (2) preclude Plaintiff's use of PX-44 in its entirety or as a basis for calculating damages. ECF No. 127. At a conference on July 26, 2024, the Court issued an oral ruling denying the motion as to the first issue and reserving the second issue. ECF No. 149 at 3-4. The Court hereby DENIES the motion as to the admissibility of PX-44, without prejudice to raising the issue at trial.

  On November 13, 2023, the Court received the attached letter-motion from counsel for Non-Party Alice Gammal seeking to quash the subpoena requiring her to testify at trial. Plaintiff is hereby directed to respond to the letter-motion by November 14, 2024.

  The Clerk of Court is respectfully requested to terminate ECF No. 127 and to file the attached letter-motion and exhibits on the docket.

  SO ORDERED.

Dated: November 13, 2024
    New York, New York

                     DALE E. HO
                United States District Judge