UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WEIHAI LIANQIAO INTERNATIONAL COOP
GROUP CO., LTD.,

                Plaintiff,

-against-                            21 **CIVIL** 10753 (DEH)

## **JUDGMENT**

A BASE IX COMPANY LLC, DAVID A.
APPERMAN, and ALBERT GAMMAL,

                Defendants.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated July 21, 2025, on Plaintiff's first cause of action (breach of contract), A Base IX, David Apperman, and Albert Gammal are jointly and severally liable to LIC in the amount of **$4,189,136**, plus **$1,517,374.17** in pre-judgment interest, for a total of **$5,706,510.17**. Plaintiff's second and third causes of action (account stated and unjust enrichment) are **DISMISSED** as duplicative of the breach-of-contract claim. On Plaintiff's fourth cause of action (resale of goods under N.Y. U.C.C. § 2-706(1)), A Base IX, David Apperman, and Albert Gammal are jointly and severally liable to LIC in the amount of **$1,495,766.98**, plus **$498,262.31** in prejudgment interest, for a total of **$1,994,029.29**. On Plaintiff's fifth cause of action (avoidance of fraudulent transfer as to the Vacation Home), Albert Gammal is liable to LIC in the amount of **$1,420,000**, plus **$442,564.32** in pre-judgment interest, for a total of **1,862,564.32**. This sum is coextensive with Gammal's joint and several liability on Plaintiff's first and fourth causes of action. Plaintiff may also seek reasonable attorney's fees on this claim under N.Y. D.C.L. § 276-a. On Plaintiff's sixth cause of action (avoidance of fraudulent transfer as to the SBA Loan Transfers), David Apperman and Albert

Gammal are jointly and severally liable to LIC in the amount of **$325,500**, plus **$99,843.44** in pre-judgment interest, for a total of **$425,343.44.** This sum is coextensive with Apperman and Gammal's joint and several liability on Plaintiff's first and fourth causes of action. Plaintiff may also seek reasonable attorney's fees on this claim under N.Y. D.C.L. § 276-a.

Defendants' counterclaims are **DISMISSED**.

**Dated:**  New York, New York

  July 22, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**