**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP GROUP CO., LTD., <br><br> *Plaintiff*, <br> -against- <br><br> A BASE IX COMPANY LLC, <br> DAVID A. APPERMAN., and <br> ALBERT GAMMAL, <br><br> *Defendants*. | **PROPOSED STIPULATION,** <br> **ORDER AND JUDGMENT** <br><br><br> Honorable Dale E. Ho, U.S.D.J. <br> Case No.: 21-CV-10753 (DEH)(BCM) |

WHEREAS, Plaintiff Weihai Lianqiao International Coop Group Co., Ltd. ("Plaintiff") commenced this action on December 15, 2021 and filed its Amended Complaint on June 1, 2022 (the "Amended Complaint") against Defendants A Base IX Company, LLC ("A Base IX"), David Apperman and Albert Gammal (collectively, David Apperman and Albert Gammal are the "Individual Defendants") (collectively, A Base IX and the Individual Defendants are the "Defendants") (collectively, Plaintiff and Defendants are the "Parties");

WHEREAS, in the Amended Complaint, Plaintiff alleged six causes of action against Defendants: (1) breach of contract; (2) account stated; (3) unjust enrichment; (4) unrecovered value from the resale of contracted-for goods; (5) avoidance of the fraudulent transfer of property; and (6) avoidance of the fraudulent transfer of funds;

WHEREAS, the Court held a three-day bench trial from November 18, 2024 through November 20, 2024;

WHEREAS, on July 21, 2025, the Court issued its Findings of Fact and Conclusions of Law and entered judgment: (A) against Defendants in the amount of $5,684,902.986 plus pre-judgment interest in the amount of $2,015,636.48 for a total of $7,700,539.46; (B) against the Individual Defendants in the amount of $352,500 plus pre-judgment interest in the amount of

1

$99,843.44 for a total of $425.343.44[1]; and (C) against Albert Gammal in the amount of $1,420,000 plus pre-judgment interest in the amount of $442,564.32 for a total of $1,862,564.32[2] (the "July 2025 Judgment");

WHEREAS, in its Findings of Fact and Conclusions of Law, the Court also determined that Plaintiff is entitled to recover reasonable attorneys' fees from Defendant Albert Gammal under New York Debtor and Creditor Law ("DCL") § 276-a for the fifth cause of action and from the Individual Defendants under DCL § 276-a for the sixth cause of action;

WHEREAS, on August 5, 2025, the Court directed the Parties to jointly submit a proposed stipulation, order and judgment regarding the attorneys' fees; and

WHEREAS, the Parties agree and stipulate that Plaintiff is entitled to an additional and separate judgment against the Individual Defendants in the amount of $250,000 for its attorneys' fees related to the fifth and sixth causes of action, without prejudice to the Individual Defendants' rights to appeal Plaintiff's entitlement to such fees as set forth in the Court's Findings of Fact and Conclusions of Law.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED THAT:**

1. In addition to their respective liabilities under the July 2025 Judgment, David Apperman and Albert Gammal are jointly and severally liable to Plaintiff in the amount of $250,000 for its attorneys' fees related to the fifth and sixth causes of action;

---

[1] This liability is coextensive with the Individual Defendants' joint and several liability on Plaintiff's first and fourth causes of action.
[2] This liability is coextensive with Albert Gammal's joint and several liability on Plaintiff's first and fourth causes of action.

2. This Stipulation, Order and Judgment shall not be construed in any way to waive, limit, prejudice, affect, or otherwise impair the Individual Defendants' right to appeal Plaintiff's entitlement to such fees as set forth in the Court's Findings of Fact and Conclusions of Law; and

3. Judgment is hereby entered against David Apperman and Albert Gammal, jointly and severally, in the amount of $250,000.

Dated: Albany, New York
September 15, 2025

CULLEN AND DYKMAN LLP

*/s/ Christopher E. Buckey*
Christopher E. Buckey, Esq.
Kristen A. Davis, Esq.
Julie van Westendorp, Esq.
80 State Street, Suite 900
Albany, NY 12208
(518) 788-9416
cbuckey@cullenllp.com

*Counsel for Plaintiff Weihai Lianqiao International Cooperation Group Co., Ltd.*

LAZARUS & LAZARUS, P.C.

*/s/ Harlan Mitchell Lazarus*
Harlan Mitchell Lazarus, Esq.
Yvette Janelle Sutton, Esq.
240 Madison Avenue
New York, New York 10016
(212) 889-7400
hlazarus@lazarusandlazarus.com

*Counsel for Defendant A Base IX Company, LLC and Albert Gammal*

LAW OFFICES OF ISAAC NUTOVIC

*/s/ Issac Nutovic*
Issac Nutovic, Esq.
261 Madison Avenue, Floor 26
New York, NY 10016
(917) 922-7963
inutovic@nutovic.com

*Counsel for Defendant David Apperman*

SO ORDERED:

Dated: September 16, 2025
       New York, New York

Dale E. Ho
United States District Judge