UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Weihai Lianqiao International Coop Group Co., Ltd.,

Plaintiff,

v.

A Base IX Co. LLC, et al.,

Defendants.

21-CV-10753 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the judgment at ECF No. 189, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 2, 2026
New York, New York

DALE E. HO
United States District Judge